IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

ROBERT V. GOMEZ, II, *et al.*,     *

    Plaintiffs,     *

vs.     *

                     CASE NO. 3:17-CV-41 (CDL)

HARBOR FREIGHT TOOLS USA, INC., *
*et al.*,
                                     *

    Defendants.
                                     *

O R D E R

Plaintiffs filed a motion to compel asking the Court to compel production of documents listed in Harbor Freight Tools USA, Inc.'s privilege logs. The Court held a telephone conference, and the dispute was narrowed to the documents identified in Privilege Log entries 1, 4, 8-10, and 12-24.[1] At Plaintiffs' request, the Court conducted an *in camera* inspection of those documents. Based on that review, the Court finds that Harbor Freight properly withheld the documents based on attorney-client and/or work product privilege. Accordingly, Plaintiffs' motion to compel (ECF No. 57) is denied.

IT IS SO ORDERED, this 16th day of January, 2019.

                                         s/Clay D. Land
                                         CLAY D. LAND
                                         CHIEF U.S. DISTRICT COURT JUDGE
                                         MIDDLE DISTRICT OF GEORGIA

---

[1] After the conference, Harbor Freight withdrew its privilege claims as to log entry 11 and represented that it will produce that document.